UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WILLIAM L. HINES and
KYWANDA HINES                                                                                PLAINTIFFS

V.                                    CASE NO. 1:15-CV-1004

CHASE BANK USA, N.A.;
JPMORGAN CHASE BANK, N.A.;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION; and CHASE HOME
FINANCE, LLC                                                                                 DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Dismiss. (ECF No. 46). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Motion is **GRANTED**, and Plaintiffs' Complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

IT IS SO ORDERED this 24th day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge